**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| JOHN SKINNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-CV-96 LMB |
| ) | |
| PEMISCOT COUNTY ) | |
| MISSOURI, PEMISCOT COUNTY ) | |
| SHERIFF'S DEPARTMENT, LAURIE ) | |
| RUDD, PEMISCOT COUNTY JAIL ) | |
| SUPERVISORS, and PEMISCOT ) | |
| COUNTY JAIL ADMINISTRATORS, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendants Pemiscot County Sheriff's Department, Unknown Pemiscot County Jail Supervisors, or Unknown Pemiscot County Jail Administrators, plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this 8th day of November, 2007.